IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CALVIN EUGENE McLAUGHLIN

                      PLAINTIFF

v.                CASE NO. 3:12CV00248 JTK

CAROLYN W. COLVIN, *Acting Commissioner*,
Social Security Administration

                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 22nd day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE